Núm. 6241.—PUEBLO, apldo. v. CAMACHO, aplte.—C. D. Humacao. Enero 21, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, de la transcripción de la evidencia aparece que no habiendo comparecido el acusado al ser llamado el caso para juicio, el márshal informó a la corte de distrito del modo siguiente:

"Señor Juez, Juan Camacho es un acusado que reside en la Playa de Humacao. Fueron citados los fiadores de dicho acusado, informando el Sr. Pascasio Canales a la Policía de la Playa que este joven estaba trabajando ambulante en una embarcación y que no había podido ser localizado junto con el testigo del Pueblo, Plácido Martínez, que también está trabajando en esa embarcación. Solamente está aquí el policía Estrella, como testigo del Pueblo, pero el acusado no ha podido ser localizado por el Sr. Canales, que es uno de los fiadores. Los dos fiadores fueron citados."

Por cuanto, el juicio se celebró y la sentencia se dictó el mismo día en ausencia del acusado, sin que éste fuese representado por abogado, y sin que apareciera de la prueba practicada que el supuesto delito fuese cometido dentro del distrito judicial de Humacao, habiendo recomendado el fiscal de esta corte que la sentencia apelada sea revocada y que el acusado sea absuelto.

Por tanto, se revoca la sentencia apelada que dictó el juez de distrito de Humacao el 16 de marzo de 1936, y se absuelve al acusado del delito imputádole.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.